IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN - 3 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

PRINCIPAL LIFE INSURANCE
COMPANY                                                                               PLAINTIFF

V.                              NO. 4:05-CV 01630 WRW

SARAH BARBER; TERESA SMITH;
MICHAEL BARBER; FRANK THELL BARBER;
ESTATE OF VIVIAN J. BARBER                                                DEFENDANTS

## CONSENT ORDER DIRECTING DISTRIBUTION OF INTERPLED FUNDS

It appearing to the Court that, by consent of the parties, an agreed distribution of the interpled funds in the amount of $155,000.00, paid into the Registry of the Court, plus accrued interest, has been agreed to by all parties as follows:

a.) 50% of the proceeds plus 50% of accrued interest to Teresa Smith, Michael Barber, the Estate of Frank Thell Barber and the Estate of Vivian J. Barber,

and

b.) 50% of the proceeds plus 50% of accrued interest to Sarah Barber.

The Clerk is directed to issue two (2) checks payable to the parties and their attorneys as follows:

1. Teresa Smith, Michael Barber, the Estate of Frank Thell Barber, the Estate of Vivian J. Barber and Rebecca J. Denison in the amount of $77,500 plus 50% of accrued interest, and

2. Sarah Barber and Leon Marks in the amount of $77,500 plus 50% of accrued interest.

1

IT IS SO ORDERED.

_____
Honorable William R. Wilson

Date: 1/3/2007

APPROVED AS TO FORM AND CONTENT:

_____
Leon Marks
Arkansas Bar # 76-175
111 Center Street, Suite 1200
Little Rock, AR 72201
(501) 978-3131
LMarks5080@aol.com

and

_____
Rebecca J. Denison
Arkansas Bar # 90172
Hartsfield, Almand & Denison, PLLC
10016 W. Markham Street
Little Rock, AR 72205-2130
(501) 372-1200

**2**